# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberty Media Holdings, LLC<br><br>                                    Plaintiff,<br><br>            vs<br><br>Jacques Joseph Albert<br><br>                                    Defendant, | Civil No.     11cv573-BEN (MDD)<br><br>**DEFAULT** |

It appears from the records in the above entitled action that Summons issued on the Complaint filed on 3/22/2011 has been regularly served upon the Defendant hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of the following Defendant is hereby entered.

         Jacques Joseph Albert

**Entered On:**    August 25, 2011                    W. SAMUEL HAMRICK, JR., CLERK

                                              By:          s/ K. Betancourt
                                                              Deputy Clerk